In the Matter of HERMAN FRIEDEL, Respondent, against THE BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Appellant.

Submitted July 2, 1947; decided July 2, 1947.

Motion by respondent to amend remittitur granted. Return of remittitur requested and, when returned, it will be amended by striking therefrom the award of costs. [See 296 N. Y. 347.]